IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN W. WILLIAMS,<br><br>        Plaintiff,<br><br>   vs.<br><br>OFFICER D. SELLERS, et al.,<br><br>        Defendant(s). | No. C 07-02008 JW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a prisoner at Folsom State Prison in Represa, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges constitutional violations by prison officials while he was incarcerated at Lancaster State Prison, which is in the County of Los Angeles. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Los Angeles, which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. § 84(c). Venue therefore properly lies in the Central District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to

Order of Transfer
N:\Pro - Se\7.9.2007\07-02008 Williams02008_transfer.wpd

1  28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District
2  Court for the Central District of California, Western Division.
3      The clerk shall transfer this matter and terminate all pending motions as
4  moot.

6  DATED:  July 9 2007
   *James Ware*
7  JAMES WARE
   United States District Judge